# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 24, 2008

Clifford W. Taylor,
Chief Justice

137475

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

_____

In re STEVEN COBB, JR., SYDNEY ELLIOTT,
JAYLYNN TAYLOR, and KAYLEEN COBB,
Minors.

_____

DEPARTMENT OF HUMAN SERVICES,
      Petitioner-Appellee,

v

                                     SC: 137475
                                     COA: 285885
                                     Berrien CC Family Division:
                                     2006-000096-NA

DARLA COBB,
      Respondent-Appellant.

_____/

      On order of the Court, the application for leave to appeal the September 16, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 24, 2008                                                  

s1021                                                 Clerk